# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHN DANIEL SHACKELFORD,**
**ADC #115922**                                                                                          **PLAINTIFF**

v.                                    4:08-CV-00424-WRW-HLJ

**DALE REED,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 44) is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.[1] An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 17th day of June, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's case will be dismissed "with prejudice" if he does not refile this action within 90 days and provide the Court with sufficient information that can withstand a motion for summary judgment.