**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOHN DANIEL SHACKELFORD,**
**ADC # 115922**                                                                                 **PLAINTIFF**

**v.**                                       **4:08-CV-00424-WRW-HLJ**

**DALE REED,** *et al.*                                                                      **DEFENDANTS**

**JUDGMENT**

Based on the Order entered in this matter on this date, this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 17th day of June, 2009.

                                                                          /s/ Wm. R. Wilson, Jr._____
                                                                          UNITED STATES DISTRICT JUDGE